DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 JUNE 2017

| 282P16-3 | Jeremy Bruns and Jenny Bruns v. Rhonda Bryant, Dalton Bryant, Sr., Dalton Bryant, Jr., Pat McCrory, as Governor of North Carolina, Frank Perry, as Secretary of the North Carolina Department of Public Safety, Anthony Tata, as Secretary of the North Carolina Department of Transportation, Veronica McClain, USAA, and State of North Carolina | 1. Plts' *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA16-699)<br><br>2. Plts' *Pro Se* PDR Under N.C.G.S. § 7A-31<br><br>3. Def's (Dalton Bryant, Jr.) Motion to Dismiss Appeal<br><br>4. Plts' Motion to Reject, Dismiss, and Strike Response to Notice of Appeal and PDR. | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br>3. Dismissed as moot<br><br>4. Denied |
| --- | --- | --- | --- |
| 309P15-2 | State v. Reginald Underwood Fullard | Def's *Pro Se* Motion for Petition for Direct Review (COAP14-265) | Dismissed |
| 330P13-3 | State v. William Curtis Lowery, Jr. | Def's *Pro Se* Motion for Appropriate Relief | Dismissed<br><br>**Ervin, J., recused** |
| 335PA16 | State v. Gyrell Shavonta Lee | 1. Motion to Admit Ilya Shapiro *Pro Hac Vice*<br><br>2. Cato Institute's Motion for Leave to File Amicus Brief | 1. Allowed **05/18/2017**<br><br>·2. Allowed **05/18/2017** |
| 341P14-2 | State v. Robert McPhail | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Mecklenburg County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot<br><br>**Ervin, J., recused** |
| 345P16-4 | State v. Dwayne Demont Haizlip | 1. Def's *Pro Se* Motion for Petition for Rehearing<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied **05/31/2017**<br><br>2. Allowed **05/31/2017**<br><br>**Ervin, J., recused** |